FILED

02/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0330

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0330

_____

JASON TERRONEZ,

     Plaintiff and Appellant,

  v.                                  O R D E R

DAVIS, HATLEY, HAFFEMAN & TIGHE, P.C.,

     Defendant and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Elizabeth Best, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 9 2022